UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD WASHINGTON, | ) | CASE NO. 1:21-cv-1102 |
| Plaintiff, | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| LENZY FAMILY INSTITUTE, INC., *et al.*, | ) ) ) | **JUDGMENT ENTRY** |
| Defendants. | ) ) | |

For the reasons set forth in the contemporaneously field Memorandum Opinion and Order, the Court enters judgment in favor of Plaintiff and against Defendants on Count One, Count Two, and Count Four. Count Three and Count Five are dismissed without prejudice. On Count One, the Court awards $26,675.00. On Count Two and Count Four, the Court awards $3,450.22, plus $521.24 in pre-judgment interest. The Court further awards Plaintiff $50,791.50 in attorneys' fees and $2,592.13 in costs. All awards are subject to post-judgment interest. This case is closed.

**IT IS SO ORDERED.**

Date: August 19, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE